BENJAMIN B. WAGNER
United States Attorney
SUSAN PHAN
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:10-CR- 00326 OWW |
| Plaintiff, | ORDER EXCLUDING TIME |
| v. | |
| ESPIRIDION CHAVEZ-MORFIN, | |
| Defendant. | |

The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Susan Phan, Assistant United States Attorney, and the defendant, by and through his attorney Carol Moses, have stipulated to the exclusion of time to and through the status conference on October 18, 2010, at 9:00 a.m.  The government and the defendants have jointly requested that time be excluded for fast track disposition and to engage in further plea preparations and negotiations.

THEREFORE, it appearing that the request is supported by good cause, in that the ends of justice served by a continuance "outweigh the best interests of the public and the defendant in a speedy trial."  See 18 U.S.C. § 3161(h)(7).

IT IS SO ORDERED.

**Dated:   August 12, 2010**                    **/s/ Oliver W. Wanger**
                                       UNITED STATES DISTRICT JUDGE

3