**CAROL ANN MOSES #164193**
Attorney at Law
545 East Alluvial, Ste. 112
Fresno, California 93720
Telephone: (559) 449-9069
Facsimile: (559) 449-9016

Attorney for Defendant,
ESPIRIDION CHAVEZ-MORFIN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:10-cr-00326-OWW |
| Plaintiff, ) | |
| vs. ) | STIPULATION AND ORDER TO ADVANCE STATUS CONFERENCE |
| ESPIRIDION CHAVEZ-MORFIN, ) | |
| Defendant. ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, SUSAN PHAN, Assistant United States Attorney, counsel for Plaintiff, and CAROL ANN MOSES, Attorney of Record for Defendant, ESPIRIDION CHAVEZ-MORFIN, the status conference currently set for October 18, 2010 at 9:00 a.m. shall be advanced to October 4, 2010 at 1:30 p.m.

Dated: September 29, 2010        By: /s/ Carol Ann Moses
                                     CAROL ANN MOSES
                                     Attorney for Defendant
                                     ESPIRIDION CHAVEZ MORFIN

Dated: September 29, 2010        By: /s/ Susan Phan
                                     SUSAN PHAN
                                     Assistant United States Attorney
                                     Attorney for Plaintiff

STIPULATION AND ORDER TO ADVANCE
SENTENCING HEARING                              1

1 ***ORDER***

3   The Court, having reviewed the above request HEREBY ORDERS AS FOLLOWS:
4   1.  The Status Conference scheduled for October 18, 2010 at 9:00 a.m. shall be
5       advanced to October 4, 2010 at 1:30 p.m.

7   IT IS SO ORDERED.

8   **Dated:   September 30, 2010**           /s/ Oliver W. Wanger
                                              UNITED STATES DISTRICT JUDGE