FILED

OCT 04 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                             )<br>         Plaintiff,          )<br>                             )<br>    vs.                      )<br>                             )<br> ESPIRIDION CHAVEZ-MORFIN    )<br>                             )<br>         Defendant.          )<br> _____) | No. 1:10-CR-00326 OWW<br><br>ORDER OF RELEASE |

The above named defendant having been sentenced to Time Served on October 4, 2010.

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.

DATED: October 4, 2010

_____
HONORABLE OLIVER W. WANGER
U.S. DISTRICT JUDGE

12/6/06 ordrelease.form

1